## APPENDIX 3

| | |
|---|---|
| Hilliard, Lyons LLC | Defendant 31L |
| Interactive Brokers Retail Equity Clearing | Defendant 32L |
| Intl FCStone Financial Inc. | Defendant 33L |
| Janney Montgomery Scott LLC | Defendant 34L |
| Lazard Cap Mkts LLC | Defendant 35L |
| Mesirow Financial | Defendant 36L |
| Mitsubishi u/f/j Trust & Banking Corporation, New York Branch | Defendant 37L |
| | Defendant 38L |
| Northern Trust Company/Future Fund Accounts | Defendant 39L |
| Oppenheimer & Co. Inc. | Defendant 40L |
| PNC Bank, National Association | Defendant 41L |
| RBC Dominion Securities Inc./CDS** | Defendant 42L |
| Robert W. Baird & Co. Incorporated | Defendant 43L |
| Sanford C. Bernstein & Co., LLC | Defendant 44L |
| Stockcross Financial Services, Inc. | Defendant 45L |
| Stoever Glass & Co. | Defendant 46L |
| TD Prime Services LLC | Defendant 47L |
| The Bank of Nova Scotia/Client A | Defendant 48L |
| The Northern Trust Company | Defendant 49L |
| UMB Bank, National Association | Defendant 50L |
| USAA Invest Mgmt Co | Defendant 51L |
| Vision Financial Markets LLC | Defendant 52L |
| | Defendant 53L |
| Defendant 1L | Defendant 54L |
| Defendant 2L | Defendant 55L |
| Defendant 3L | Defendant 56L |
| Defendant 4L | |
| Defendant 5L | Defendant 1T |
| Defendant 7L | Defendant 2T |
| Defendant 8L | Defendant 3T |
| Defendant 9L | Defendant 4T |
| Defendant 10L | Defendant 5T |
| Defendant 11L | Defendant 6T |
| Defendant 12L | Defendant 7T |
| Defendant 13L | Defendant 8T |
| Defendant 14L | Defendant 9T |
| Defendant 15L | Defendant 10T |
| Defendant 16L | Defendant 11T |
| Defendant 17L | Defendant 12T |
| Defendant 18L | Defendant 13T |
| Defendant 19L | Defendant 14T |
| Defendant 20L | Defendant 15T |
| Defendant 21L | Defendant 16T |
| Defendant 22L | Defendant 17T |
| Defendant 23L | Defendant 18T |
| Defendant 24L | Defendant 19T |
| Defendant 25L | Defendant 20T |
| Defendant 26L | Defendant 21T |
| Defendant 27L | Defendant 22T |
| Defendant 28L | Defendant 23T |
| Defendant 29L | Defendant 24T |
| Defendant 30L | |